```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 03318
   ISAAC KING JR
   ROCHELLE KING                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
     SSN XXX-XX-4154     SSN XXX-XX-3909

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/26/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 09/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
FISHER & SHAPIRO           NOTICE ONLY      NOT FILED            .00           .00
ABN AMRO MORTGAGE GROUP    CURRENT MORTG          .00            .00           .00
ABN AMRO MORTGAGE GROUP    MORTGAGE ARRE    78968.14             .00      12882.20
CITIFINANCIAL AUTO CREDI   SECURED NOT I      300.00             .00        300.00
RMS                        UNSECURED        NOT FILED            .00           .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED            .00           .00
ALLIED INTERSTATE          UNSECURED        NOT FILED            .00           .00
LITTLE COMPANY OF MARY     UNSECURED        NOT FILED            .00           .00
GPO                        UNSECURED        NOT FILED            .00           .00
ALLIED INTERSTATE          UNSECURED        NOT FILED            .00           .00
ALLIED INTERSTATE          UNSECURED        NOT FILED            .00           .00
RADIOLOGY IMAGING SPECIA   UNSECURED        NOT FILED            .00           .00
EVERGREEN EMERGENCY SERV   UNSECURED        NOT FILED            .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         5843.42             .00           .00
GULF ATLANTIC SERVICE      UNSECURED        NOT FILED            .00           .00
ALLIED INTERSTATE          UNSECURED        NOT FILED            .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         1466.02             .00           .00
LITTLE CO MARY HOSPITAL    UNSECURED        NOT FILED            .00           .00
ADVOCATE HEALTH CTR        UNSECURED        NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED        NOT FILED            .00           .00
ZTEL COMMUNICATION         UNSECURED        NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED         1093.45             .00           .00
BULLSEYE TELECOM           UNSECURED        NOT FILED            .00           .00
D C S                      UNSECURED        NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSECURED         2737.80             .00           .00
ILLINOIS DEPT OF HUMAN S   UNSECURED         2643.41             .00           .00
SOUTHWEST CREDIT           UNSECURED        NOT FILED            .00           .00
US DEPARTMENT OF EDUCATI   UNSECURED         3448.06             .00           .00
TRAUNER COHEN & THOMAS     UNSECURED        NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         6347.94             .00           .00
ROUNDUP FUNDING LLC        UNSECURED          798.44             .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY          1215.97             .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03318 ISAAC KING JR & ROCHELLE KING
```

```
ILLINOIS DEPT OF REVENUE  UNSECURED        200.02              .00              .00
DANIEL M MOULTON          DEBTOR ATTY    1,900.00                          1,900.00
TOM VAUGHN                TRUSTEE                                          1,122.80
DEBTOR REFUND             REFUND                                             600.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 16,805.00

PRIORITY                                              .00
SECURED                                         13,182.20
UNSECURED                                             .00
ADMINISTRATIVE                                   1,900.00
TRUSTEE COMPENSATION                             1,122.80
DEBTOR REFUND                                      600.00
                        ---------------    ---------------
TOTALS                  16,805.00               16,805.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 12/22/08              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE